In the Matter of JOHN WHITFIELD, Appellant, v PATRICIA J. BAILEY, Individually and as FOIL Appeal Officer for the New York County District Attorney's Office, Respondent.

Submitted February 21, 2012; decided April 26, 2012

Reported below, 91 AD3d 491.

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the October 2010 Supreme Court order, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the order sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.